UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

 BRISTOL INVESTMENT FUND LTD.,

                          Plaintiff,

              -against-

DERMATA THERAPEUTICS INC.,

                        Defendant.

-----------------------------------------------------------------x

26-CV-01236 (ALC) (VF)

**<ins>ORDER</ins>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial supervision. <ins>See</ins> ECF No. 11. The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **<ins>Friday, May 22, 2026</ins>**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **<ins>Friday, May 22, 2026</ins>**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:     New York, New York
           April 22, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge