UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRISTOL INVESTMENT FUND LTD.,

Plaintiff,

-against-

DERMATA THERAPEUTICS INC.,

Defendant.

----------------------------------------------------------------x

26-CV-01236 (ALC) (VF)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference is rescheduled for **Thursday, October 22, 2026, at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 15, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 3, 2026

VALERIE FIGUEREDO
United States Magistrate Judge