EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

October 14, 2025

**VIA ECF**

The Honorable Judge Valerie Figueredo
United States Magistrate Judge
500 Pearl St.
New York, NY 10007-1312

***Re:*** *Bristol Investment Fund, Ltd. v. Dermata Therapeutics, Inc.*, (No. 1:26-CV-01236-ALC-VF) – Joint Request to Adjourn Settlement Conference

Dear Judge Figueredo,

We represent plaintiff Bristol Investment Fund, Ltd. ("Bristol") in the above-captioned matter. We write jointly on behalf of Plaintiff and Defendant Dermata Therapeutics, Inc. ("Dermata") pursuant to this Court's Individual Rule 1(e), to respectfully request an adjournment of the Settlement Conference, as well as the deadline for pre-settlement conference submissions.

The parties have agreed upon a settlement which is contingent upon the District Court issuing an Order pursuant to Section 3(a)(10) of Securities Act of 1933 for shares of common stock to be issued to plaintiff. To effectuate the settlement, plaintiff filed an unopposed pre-motion letter on October 7, 2026. (*See* ECF No. 22). The parties are waiting for guidance from District Judge Carter on how to proceed with the proposed motion, including whether he will accept the letter as a "letter motion" and approve the proposed order submitted along with it.

Pursuant to a prior joint request by the parties, the Settlement Conference was previously adjourned from July 29, 2026 to October 22, 2026. (*See* ECF No. 17, 21). The current deadline for the pre-settlement conference submissions is October 15, 2026. The parties respectfully submit that an adjournment of both the October 15, 2026 deadline for pre-settlement conference

submissions and the October 22, 2026 Settlement Conference is appropriate, in light of the pending resolution now before the District Court.

Respectfully submitted,

Thomas J. Fleming

cc: Counsel of Record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 19, 2026**

The conference scheduled for October 22, 2026, is **ADJOURNED**.